## HORLOCK *v.* OGLESBY ET UX.

No. 1217.   Decided April 22, 1968.

*John D. Clouse* for appellant.

*Theodore Lockyear* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.